[No. 9631–5–II.   Division Two.   August 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN BURNHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01945–0, Rosanne Buckner, J., entered March 10, 1986. *Affirmed* by unpublished opinion per Ber-

schauer, J. Pro Tem., concurred in by Goodloe and Wieland, JJ. Pro Tem.